UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re: Estuary Oysters, LLC,            Case No. 23-40469-KKS

Debtor.

**DEBTOR'S VERIFIED 1116(1)(B) DISCLOSURES**

The Debtor, FULL-CIRCLE ATHLETE, LLC, by and through its undersigned counsel, files copies of the Debtor's most recent balance sheet, statement of operations, and cash-flow statement, and federal income tax return.

**VERIFICATION**

In accordance with 28 U.S.C. 1746, Kay Olin, Authorized Member of the Debtor, verifies under penalty of perjury that the foregoing is true and correct.

/s/ Kay Olin

MICHAEL H. MOODY LAW, P.A.

1350 Market Street, Suite 224
Tallahassee, Florida 32312
*Mail*: P.O. Box 4363
Tallahassee, FL 32315
Tel/Fax: (850) 739-6970

By: /s/ *Michael H. Moody*
    Michael H. Moody, Esq.
    Florida Bar No. 6471
    Michael.Moody@MichaelHMoodyLaw.com

*Proposed Counsel for Estuary Oysters, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on December 1, 2023, via Notice of Electronic Filing via CM/ECF to those parties registered to receive electronic notices of filings in this case as follows along with service by first class mail on the following:

Michael Howard Moody on behalf of Debtor Estuary Oysters, LLC
Michael.Moody@MichaelHMoodyLaw.com, 8483@notices.nextchapterbk.com

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

By: /s/ *Michael H. Moody*
Michael H. Moody, Esq.

# Statement of Cash Flows

## Estuary Oysters, LLC
## For the 9 months ended September 30, 2023

|  | JAN-SEP 2023 |
|---|---:|
| **Operating Activities** | |
| Receipts from customers | 90,567.18 |
| Payments to suppliers and employees | (86,015.09) |
| **Net Cash Flows from Operating Activities** | **4,552.09** |
| **Financing Activities** | |
| Other cash items from financing activities | (14,941.83) |
| **Net Cash Flows from Financing Activities** | **(14,941.83)** |
| **Net Cash Flows** | **(10,389.74)** |
| **Cash and Cash Equivalents** | |
| Cash and cash equivalents at beginning of period | (355,915.22) |
| Net cash flows | (10,389.74) |
| Cash and cash equivalents at end of period | (366,304.96) |
| **Net change in cash for period** | **(10,389.74)** |

# Income Statement

## Estuary Oysters, LLC
## For the 9 months ended September 30, 2023

|  | JAN-SEP 2023 |
|---|---:|
| **Income** | |
| **Oyster Sales** | |
| Sales of Product Income | 40,758.00 |
| **Total Oyster Sales** | **40,758.00** |
| Revenue - Governor's Club | 7,965.00 |
| Other Income | 19,539.18 |
| Revenue - University Center Club | 910.00 |
| Revenue - Halperns | 21,395.00 |
| **Total Income** | **90,567.18** |
| **Cost of Goods Sold** | |
| Cost of Sales | 261.00 |
| **Total Cost of Goods Sold** | **261.00** |
| **Gross Profit** | **90,306.18** |
| **Operating Expenses** | |
| **Legal & Professional Fees** | |
| Accounting Fees | 1,349.46 |
| **Total Legal & Professional Fees** | **1,349.46** |
| **Supplies Expense** | |
| Supplies | 1,576.21 |
| **Total Supplies Expense** | **1,576.21** |
| **Advertising Expense** | |
| Marketing | 329.51 |
| **Total Advertising Expense** | **329.51** |
| **Auto Expenses** | |
| Insurance: Vehicle Insurance | 1,987.53 |
| Travel: Gas | 4,204.70 |
| Travel: Misc | 357.46 |
| **Total Auto Expenses** | **6,549.69** |
| Bank Charges | 18.60 |
| **Miscellaneous Boat Expenses** | |
| Boat: Misc | 609.00 |
| **Total Miscellaneous Boat Expenses** | **609.00** |
| **Non-Deductible Expenses** | |

|  | JAN-SEP 2023 |
|---|---:|
| Entertainment Expense | 203.77 |
| **Total Non-Deductible Expenses** | **203.77** |
| Dues & Subscriptions | 718.77 |
| **Business Insurance** | |
| Insurance: Flood Insurance | 2,955.00 |
| **Total Business Insurance** | **2,955.00** |
| Insurance: Health Insurance - Owner | 2,119.70 |
| Interest Expense | 20,577.98 |
| **Labor & Salaries** | |
| Salaries: Labor Unspecified | 36,409.05 |
| **Total Labor & Salaries** | **36,409.05** |
| **Meals Expense** | |
| Meals Expense | 83.66 |
| Travel: Meals | 233.10 |
| **Total Meals Expense** | **316.76** |
| **Office Expenses** | |
| Office Expenses | 100.00 |
| Office Expenses:Website Expense | 374.00 |
| Phones/Tablets | 1,605.68 |
| **Total Office Expenses** | **2,079.68** |
| **Taxes** | |
| Taxes & Licenses | 923.70 |
| **Total Taxes** | **923.70** |
| Postage and Delivery Expense | 12.90 |
| **Rent Expense** | |
| Rent or Lease:Oyster Lease Renewal | 500.00 |
| Rental Space | 4,400.00 |
| **Total Rent Expense** | **4,900.00** |
| General Liability Insurance - Quarterly | 1,521.92 |
| Charitable Contributions | 274.20 |
| Repairs and Maintenance | 575.00 |
| Utilities - Electric & Water | 1,733.19 |
| **Total Operating Expenses** | **85,754.09** |
| **Operating Income** | **4,552.09** |
| **Net Income** | **4,552.09** |

# Balance Sheet

## Estuary Oysters, LLC
## As of September 30, 2023

|  | SEP 30, 2023 |
|---|---:|
| **Assets** | |
| **Current Assets** | |
| **Cash and Cash Equivalents** | |
| PM Business Checking | 16,332.49 |
| **Total Cash and Cash Equivalents** | **16,332.49** |
| Accounts Receivable (A/R) | 1,515.00 |
| Spat - 103 | 4,515.50 |
| Spat - 107 | 4,515.50 |
| Spat - 115 | 4,515.50 |
| Spat - 121 | 4,515.50 |
| Spat - 139 | 596.00 |
| **Total Current Assets** | **36,505.49** |
| **Fixed Assets** | |
| Boat - Grace | 8,505.00 |
| Equipment | 15,806.58 |
| Lease Infrastructure | 286.41 |
| Lease Infrastructure - 139 | 1,245.00 |
| Loading Pad/Dock | 1,300.00 |
| OysterGro Equipment | 7,806.49 |
| Rob's Jeep | 40,000.00 |
| SEAPA Equipment | 84,184.90 |
| Sorter - First | 2,500.00 |
| Sorter - L&W | 3,000.00 |
| Vehicle: Jeep | 25,000.00 |
| Start Up & Organizational Costs | 19,164.00 |
| 2021 Jeep Grand Cherokee | 56,211.09 |
| Furniture | 783.00 |
| Boat - 2020 Addition | 12,000.00 |
| Accumulated Depreciation | (83,674.00) |
| **Total Fixed Assets** | **194,118.47** |
| **Total Assets** | **230,623.96** |
| **Liabilities and Equity** | |
| **Liabilities** | |
| **Current Liabilities** | |
| Rounding2 | (100.00) |

|  | SEP 30, 2023 |
|---|---:|
| Loan Account | 382,637.45 |
| **Total Current Liabilities** | **382,537.45** |
| **Long Term Liabilities** | |
| Jeep Grand Cherokee Loan Payable | 46,838.52 |
| EIDL Payable | 389,669.15 |
| **Total Long Term Liabilities** | **436,507.67** |
| **Total Liabilities** | **819,045.12** |
| **Equity** | |
| Capital Contributions | 402,657.62 |
| Current Year Earnings | 2,062.09 |
| Retained Earnings | (993,140.87) |
| **Total Equity** | **(588,421.16)** |
| **Total Liabilities and Equity** | **230,623.96** |

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

**Profit or Loss From Business**
(Sole Proprietorship)
Go to www.irs.gov/ScheduleC for instructions and the latest information.
Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships must generally file Form 1065.

OMB No. 1545-0074

**2022**

Attachment Sequence No. **09**

Name of proprietor: **ROBIN S. OLIN**

Social security number (SSN): [redacted]

| | | |
|---|---|---|
| A | Principal business or profession, including product or service (see instructions) **OYSTER RELATED ACTIVITIES & CONSULTING** | B Enter code from instructions **541600** |
| C | Business name. If no separate business name, leave blank. **OLIN AND ASSOCIATES, LLC & ESTUARY OYSTERS, LLC** | D Employer ID number (EIN) (see instr.) **45-2640833** |
| E | Business address (including suite or room no.) **45 WLAKER CREEK DRIVE** City, town or post office, state, and ZIP code **CRAWFORDVILLE, FL 32327** | |
| F | Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) | |
| G | Did you "materially participate" in the operation of this business during 2022? If "No," see instructions for limit on losses | [X] Yes [ ] No |
| H | If you started or acquired this business during 2022, check here | [ ] |
| I | Did you make any payments in 2022 that would require you to file Form(s) 1099? See instructions | [ ] Yes [ ] No |
| J | If "Yes," did you or will you file required Form(s) 1099? | [ ] Yes [ ] No |

**Part I    Income**

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked | 1 | 80,483. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 80,483. |
| 4 | Cost of goods sold (from line 42) | 4 | 68,786. |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 11,697. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | Gross income. Add lines 5 and 6 | 7 | 11,697. |

**Part II    Expenses.** Enter expenses for business use of your home **only on line 30**.

| | | | | | | |
|---|---|---:|---|---|---|---:|
| 8 | Advertising | 818. | 18 | Office expense | 18 | 7,005. |
| 9 | Car and truck expenses (see instructions) STMT 3 | 14,399. | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 72,287. | 20a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | | 20b | Other business property | 20b | 17,380. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 6,774. | 21 | Repairs and maintenance | 21 | 16,678. |
| | | | 22 | Supplies (not included in Part III) | 22 | 9,104. |
| | | | 23 | Taxes and licenses | 23 | 3,372. |
| 14 | Employee benefit programs (other than on line 19) | | 24 | Travel and meals: | | |
| | | | 24a | Travel | 24a | 696. |
| 15 | Insurance (other than health) | 15,152. | 24b | Deductible meals (see instructions) | 24b | 3,939. |
| 16 | Interest (see instructions): | | 25 | Utilities | 25 | 2,954. |
| a | Mortgage (paid to banks, etc.) | | 26 | Wages (less employment credits) | 26 | |
| b | Other | 19,135. | 27a | Other expenses (from line 48) | 27a | 8,718. |
| 17 | Legal and professional services | 2,706. | 27b | Reserved for future use | 27b | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a | | | | 28 | 201,117. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | 29 | -189,420. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. Simplified method filers only: Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____ Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | | | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29.  • If a profit, enter on both Schedule 1 (Form 1040), line 3, and on Schedule SE, line 2. (If you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3.  • If a loss, you must go to line 32. | | | | 31 | -189,420. |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions.  • If you checked 32a, enter the loss on both Schedule 1 (Form 1040), line 3, and on Schedule SE, line 2. (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on Form 1041, line 3.  • If you checked 32b, you must attach Form 6198. Your loss may be limited. | | | | 32a [X] All investment is at risk. 32b [ ] Some investment is not at risk. | |

LHA  For Paperwork Reduction Act Notice, see the separate instructions.
220001 11-02-22

Schedule C (Form 1040) 2022

14

45-05111

Schedule C (Form 1040) 2022      ROBIN S. OLIN                                                                              Page 2

## Part III  Cost of Goods Sold (see instructions)

33. Method(s) used to value closing inventory:   a ☐ Cost    b ☐ Lower of cost or market    c ☐ Other (attach explanation)

34. Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation ........ ☐ Yes  ☐ No

| | | |
|---|---|---|
| 35. Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | 18,658. |
| 36. Purchases less cost of items withdrawn for personal use | 36 | 68,786. |
| 37. Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38. Materials and supplies | 38 | |
| 39. Other costs | 39 | |
| 40. Add lines 35 through 39 | 40 | 87,444. |
| 41. Inventory at end of year | 41 | 18,658. |
| 42. Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on line 4 | 42 | 68,786. |

## Part IV  Information on Your Vehicle. Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43. When did you place your vehicle in service for business purposes? (month/day/year)  __ / __ / __

44. Of the total number of miles you drove your vehicle during 2022, enter the number of miles you used your vehicle for:
   a  Business _____     b  Commuting _____     c  Other _____

45. Was your vehicle available for personal use during off-duty hours? ...... ☐ Yes  ☐ No

46. Do you (or your spouse) have another vehicle available for personal use? ...... ☐ Yes  ☐ No

47a. Do you have evidence to support your deduction? ...... ☐ Yes  ☐ No
  b. If "Yes," is the evidence written? ...... ☐ Yes  ☐ No

## Part V  Other Expenses. List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---|
| UNIFORMS | 298. |
| BANK FEES | 2,996. |
| DUES & SUBSCRIPTIONS | 3,908. |
| EDUCATION | 103. |
| OYSTER TRACKING | 225. |
| AMORTIZATION | 1,188. |
| | |
| | |
| | |
| | |
| 48. Total other expenses. Enter here and on line 27a | 48 | 8,718. |

220002 11-02-22                                                                                                  Schedule C (Form 1040) 2022

15

45-05111

# Schedule C - Two-Year Comparison Worksheet

**2022**

Business Name:
OLIN AND ASSOCIATES, LLC & ESTUARY OYSTERS, LLC

| Description | Tax Year 2021 | Tax Year 2022 | Increase (Decrease) |
|---|---:|---:|---:|
| **INCOME** | | | |
| GROSS RECEIPTS OR SALES | 111,146. | 80,483. | -30,663. |
| LESS: COST OF GOODS SOLD | 64,650. | 68,786. | 4,136. |
| GROSS PROFIT | 46,496. | 11,697. | -34,799. |
| OTHER INCOME | 28,042. | 0. | -28,042. |
| GROSS INCOME | 74,538. | 11,697. | -62,841. |
| **EXPENSES** | | | |
| ADVERTISING | 1,648. | 818. | -830. |
| CAR AND TRUCK EXPENSES | 10,225. | 14,399. | 4,174. |
| CONTRACT LABOR | 37,005. | 72,287. | 35,282. |
| DEPRECIATION AND SEC. 179 EXPENSE | 7,803. | 6,774. | -1,029. |
| INSURANCE | 13,353. | 15,152. | 1,799. |
| OTHER INTEREST | 19,470. | 19,135. | -335. |
| LEGAL AND PROFESSIONAL SERVICES | 11,956. | 2,706. | -9,250. |
| OFFICE EXPENSE | 5,465. | 7,005. | 1,540. |
| RENT/LEASE-OTHER BUSINESS PROPERTY | 17,257. | 17,380. | 123. |
| REPAIRS AND MAINTENANCE | 55,494. | 16,678. | -38,816. |
| SUPPLIES | 10,858. | 9,104. | -1,754. |
| TAXES AND LICENSES | 9,370. | 3,372. | -5,998. |
| TRAVEL | 5,884. | 696. | -5,188. |
| MEALS AND ENTERTAINMENT | 238. | 3,939. | 3,701. |
| UTILITIES | 1,967. | 2,954. | 987. |
| OTHER EXPENSES | 6,839. | 8,718. | 1,879. |
| TOTAL EXPENSES | 214,832. | 201,117. | -13,715. |
| NET PROFIT OR (LOSS) | -140,294. | -189,420. | -49,126. |

210638 04-01-22

16

45-05111