**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

In re: Estuary Oysters, LLC,                              Case No. 23-40469-KKS

    Debtor.
_____/

**STATEMENT OF NEED FOR EMERGENCY HEARING ON VERIFIED**
**EXPEDITED/EMERGENCY MOTION TO INCUR DEBT (D.E. 19)**

In accordance with Local Rule 9073-1, the undersigned states as follows:

1.    After the filing of this case, the Debtor was contacted by its Oyster Spat supplier and made aware that up to 1,350,000 Oyster Spat are available for purchase.

2.    The Debtor was able to successfully negotiate a prospective purchase of Oyster Spat on favorable market terms with an agreement that no money would be required to be paid for the Oyster Spat until a sale of the Debtor's business to one or more purchasers.

3.    The process of purchasing Oyster Spat involves a requirement that the Oyster Spat be submitted for testing by a veterinarian who can certify that the Oyster Spat are in compliance with Florida law. The process for evaluating the Oyster Spat can take 10-14 days.

4.    Due to the fact that the Oyster Spat need to be deployed in the water before the end of the year to stay on track for harvest, and the fact that Oyster Spat may not be available unless purchased now, harm may befall the Debtor and the value of its enterprise if relief is not awarded in short order.

5.    The Debtor believes that the purchase of Oyster Spat will substantially increase the value of its assets and enterprise, because it will enable buyers of the Debtor's business to purchase a turn-key operation. Without the purchase of Oyster Spat, buyers may not be able to purchase

1

Oyster Spat until the 2024 Oyster Spat availability cycle, which typically occurs at the end of each season when freshly spawned oysters have grown to sufficient size to be transported and planted on aquaculture leases.

6. The emergency is not caused by a lack of due diligence by the Debtor or counsel.

7. The Movant has been in significant discussions with the Debtor's sole secured lender, the U.S. Small Business Administration, regarding the desire to purchase Oyster Spat and the terms and conditions of the proposed purchase in an effort to resole the issues by agreement.

MICHAEL H. MOODY LAW, P.A.

1350 Market Street, Suite 224
Tallahassee, Florida 32312
*Mail*: P.O. Box 4363
Tallahassee, FL 32315
Tel/Fax: (850) 739-6970

By:   /s/ *Michael H. Moody*
      Michael H. Moody, Esq.
      Florida Bar No. 6471
      Michael.Moody@MichaelHMoodyLaw.com

Proposed Counsel for Estuary Oysters, LLC

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on December 7, 2023, via Notice of Electronic Filing via CM/ECF to those parties registered to receive electronic notices of filings in this case as follows:

Jodi D. Dubose
jdubose@srbp.com, jdubose.ecf@srbp.com

Conor McLaughlin on behalf of U.S. Trustee United States Trustee
conor.mclaughlin@usdoj.gov

Michael Howard Moody on behalf of Debtor Estuary Oysters, LLC

2

Michael.Moody@MichaelHMoodyLaw.com, 8483@notices.nextchapterbk.com

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

Doug Ankersen
Double D. Oyster Co., LLC
2830 Lawrence Steiner Road
Theodore, Alabama 36582
dougankersen@bellsouth.net

United States Attorney
Jason R. Coody
111 N. Adams St #4
Tallahassee, FL  32301

U.S. Small Business Administration
7825 Baymeadows Way
Suite 100-B
Jacksonville, FL 32256

U.S. Small Business Administration
2 North 20th Street, Suite 320
Birmingham, AL 35203

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20503-0001

Katherine C. Kerwin
Assistant United States Attorney-Financial Litigation Program
United States Attorney's Office, NDFL
111 N. Adams Street, 4th Floor
Tallahassee, FL 32301
Direct: (850) 216-3807
Katherine.Kerwin@usdoj.gov

By:   /s/ *Michael H. Moody*
        Michael H. Moody, Esq.